1   FRANCISCO A. VILLEGAS (Bar No. 206997)
    fvillegas@villegascefo.com
2   DAMIR CEFO (pro hac vice)
3   dcefo@villegascefo.com
    MARK W. HALDERMAN (pro hac vice)
4   mhalderman@villegascefo.com
    EVAN M. ROSENBAUM (Bar No. 310414)
5   erosenbaum@villegascefo.com
    VILLEGAS & CEFO, LLP
6   1350 Avenue of the Americas, Floor 2
    New York, NY 10019
7   Telephone: (646) 844-0679

8   John V. Picone III (Bar No. 187226)
    jpicone@spencerfane.com
9   SPENCER FANE LLP
    225 West Santa Clara Street, Suite 1500
10  San Jose, CA 95113
    Telephone: (408) 286-5100

11
    Attorneys for Plaintiff
12  RAZDOG HOLDINGS LLC

    NATHAN B. SABRI (Bar No. 252216)
    nsabri@perkinscoie.com
    ROBIN L. BREWER (Bar No. 253686)
    rbrewer@perkinscoie.com
    MATHIEU A. SWIDERSKI (Bar No. 330333)
    mathieuswiderski@perkinscoie.com
    PERKINS COIE LLP
    505 Howard Street, Suite 1000
    San Francisco, CA 94105
    Telephone:    (415) 344-7000
    Facsimile:    (415) 344-7050

    Attorneys for Defendant
    TWITCH INTERACTIVE, INC.

13

14                       UNITED STATES DISTRICT COURT

15                     NORTHERN DISTRICT OF CALIFORNIA

16                             OAKLAND DIVISION

17

18   RAZDOG HOLDINGS LLC,                 Case No. 4:24-CV-03638-HSG

19            Plaintiff,                  **ORDER GRANTING JOINT STIPULATION STAYING CASE PENDING *INTER PARTES* REVIEW**

20        v.

21   TWITCH INTERACTIVE, INC.,
              Defendant.

22

23

24

25

26

27

28

1    Having considered the joint stipulation filed by the parties, the parties' agreement at the

2    October 14, 2025 case management conference, and for good cause shown, the Court hereby

3    GRANTS the parties' Joint Stipulation Staying Case Pending *Inter Partes* Review. The parties are

4    ordered to file periodic status reports with the Court every six (6) months, starting on April 21,

5    2026. The parties are further ordered to notify the court no later than 48 hours after the IPRs are

6    resolved.

7

8        **IT IS SO ORDERED.**

9    Dated:    10/22/2026

        Honorable Haywood S. Gillam, Jr.
10       United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28